UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| The Asbestos Workers' Local No. 34 Health and Welfare Fund and the Asbestos Workers' Local No. 34 Pension Fund and their Trustees,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Integrity Industries Corp.,<br><br>　　　　Defendants. | Case No.: 09-cv-03192 (PAM/AJB)<br><br><br><br><br><br>**ORDER FOR SUMMARY JUDGMENT** |

　　　This Matter came before the Court on March 23, 2011 pursuant to the Plaintiffs' Motion for Summary Judgment.  Michael P. Eldridge, Esq., McGrann Shea Carnival Straughn & Lamb, Chartered, appeared for the Plaintiffs.  There was no appearance on behalf of the Defendant.

　　　Based on all the records and proceedings herein, including the written and oral submissions of counsel, it is hereby ordered that:

　　　1.　　Plaintiffs' Motion for Summary Judgment is granted in its entirety.

　　　2.　　Plaintiffs' Oral Motion to dismiss Defendant Veronica Peters is granted without prejudice.

　　　3.　　Integrity Industries Corp. is liable to the Asbestos Workers' Local No. 34 Health and Welfare Fund and the Asbestos Workers' Local No. 34 Pension Fund in the amount of $90,415.25 for delinquent fringe benefit contributions, liquidated damages, and attorneys' fees and costs for the period of January 2006 through November 2009.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  March 23, 2011                                  BY THE COURT

 s/Paul A. Magnuson
The Honorable Paul A. Magnuson
United States District Court Judge